**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **JUAN GALINDO,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:20-CV-1169-OLG** |
| § | |
| **STEP ENERGY SERVICES (USA) LTD.,** § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE OF ALISE N. ABEL

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as additional counsel for Defendant STEP Energy Services (USA) Ltd. ("Defendant"). Michael J. DePonte will remain lead counsel for Defendant.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Alise N. Abel*
Michael J. DePonte
TX State Bar Number 24001392
Michael.DePonte@jacksonlewis.com
Alise N. Abel
TX State Bar Number 24082596
Alise.Abel@jacksonlewis.com

JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Telephone:  (214) 520-2400
Facsimile:   (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 6, 2020, a true and correct copy of the foregoing pleading was served to the following counsel of record through the CM/ECF system.

Austin Kaplan
Matthew "Maff" Caponi
Kaplan Law Firm, PLLC
406 Sterzing St.
Austin, Texas 78704

                                                */s/ Michael J. DePonte*
                                                Michael J. DePonte